# United States District Court

SOUTHERN _____ DISTRICT OF ____ NEW YORK _____

Martha Klopchin on her own behalf and on behalf of the Estate of Lester Devens, Jr.

*Index No.*

08 CV 131*

*Calendar No.*

*Plaintiff(s) Petitioner(s)*

*against*

Town of Lumberland, John Cuomo and Victor Czubak

*Defendant(s) Respondent(s)*

AFFIDAVIT OF SERVICE

being sworn

ORANGE COUNTY, NEW YORK STATE:

MICHAEL CRUDELE

says: Deponent is not a party herein, is over 18 years of age and resides at 66 Hickory Drive, Campbell Hall, NY

On **2-14-2008** at **120 P.** M., at **1096 Proctor Rd Glen Spey N Y**

deponent served the within ☐ summons ☐ with notice

☒ summons and complaint

☐ notice of petition and petition

☐ subpoena ☐ subpoena duces tecum

☐ summons, Spanish summons and complaint, the language required by NYCR 2900.2(c), (f) & (h) was set forth on the face of the summons(es)

☐ citation

☒ united States District Court

on **Town of Lumberland**

☐ defendant (hereinafter
☐ respondent called therein named
☐ witness the recipient)

INDIVIDUAL
1. ☐
by delivering a true copy of each to said recipient personally; deponent knew the person so served to be the person described as sa recipient therein.

CORPORATION
2. ☒
a **Municipal** corporation, by delivering thereat a true copy of each to **Virginia Horn** personally, deponent knew said corporation so served to be the corporation, described in same a said recipient and knew said individual to **Town Clerk** thereof

SUITABLE
AGE PERSON
3. ☐
by delivering thereat a true copy of each to a person of suitab age and discretion. Said premises is recipient's ☐ actual place of business ☐ dwelling place ☐ usual place of abode within the state.

AFFIXING TO
DOOR, ETC.
4. ☐
by affixing a true copy of each to the door of said premises, which is recipient's ☐ actual place of business ☐ dwelling place ☐ usual place abode within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, thereat, having called the

Deponent talked to _____ at said premises who stated that recipient ☐ lived ☐ worked there.

MAILING TO
RESIDENCE
USE WITH 3 OR 4
5A. ☐
Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient at recipient's l known residence, at
and deposited said envelope in an official depository under exclusive care and custody of the U.S. Postal Service within New York State.

MAILING TO
BUSINESS
USE WITH 3 OR 4
5B. ☐
Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class postpaid envelope properly addressed to recipient recipient's actual place of business, at
in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Perso and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney concerned an action against the recipient.

DESCRIPTION
☒
☐ Male
☒ Female

☒ White Skin
☐ Black Skin
☐ Yellow Skin
☐ Brown Skin
☐ Red Skin

☐ Black Hair
☐ Brown Hair
☒ Blonde Hair
☐ Gray Hair
☐ Red Hair

☐ White Hair
☐ Balding
☐ Mustache
☐ Beard
☐ Glasses

☐ 14-20 Yrs.
☐ 21-35 Yrs.
☐ 36-50 Yrs.
☒ 51-65 Yrs.
☐ Over 65 Yrs.

☐ Under 5'
☒ 5'0"-5'3"
☐ 5'4"-5'8"
☐ 5'9"-6'0"
☐ Over 6'

☐ Under 100 Lbs.
☒ 100-130 Lbs.
☐ 131-160 Lbs.
☐ 161-200 Lbs.
☐ Over 200 Lbs.

Other identifying features:

WITNESS
FEES
☐
$ _____ the authorizing traveling expenses and one days' witness fee:
☐ was paid (tendered) to the recipient
☐ was mailed to the witness with subpoena copy.

MILITARY
SERVICE
☒
I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whate and received a negative reply. Recipient wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of belief are the conversations and observations above narrated.
Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in eit the State or in the Federal statutes.

michael Crudele