UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
Martha Klopchin, et al.,

       Plaintiff,

   -against-         08 CIVIL 1314 (SCR)

Town of Lumberland, et al.,
       Defendant.
-----------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

To: Attorney Admission Clerk and All Other Parties

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: __James A. Randazzo__

☒ *Attorney*

 ☒ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: JR0156

 ☐ I am a Pro Hac Vice attorney

 ☐ I am a Government Agency attorney

☒ *Law Firm/Government Agency Association*

 From: Santangelo Randazzo & Mangone LLP

 To: Gelardi & Randazzo LLP

 ☒ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

 ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☒ *Address:* 151 Broadway, Hawthorne, NY 10532

☒ *Telephone Number:* 914-495-3050

☒ *Fax Number:* 914-495-3051

☒ *E-Mail Address:* jrandazzo@gandrlaw.com

Dated: 7-1-08